UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

GLYNNIS GONZALES, KRIZIA JENNIFER FRANCISCO, BOPEEP G. JACAR, and LEA C. FORMELOZA, individually and on behalf of all others similarly situated,

          Plaintiffs,

– against –

UNITED STAFFING REGISTRY, INC. d/b/a United Home Care and BENJAMIN H. SANTOS,

          Defendants.

Index No. 19-cv-6616(PKC)(VMS)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

---

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the respective parties, that the above-captioned action is voluntarily dismissed, with prejudice, against Defendants United Staffing Registry, Inc. d/b/a United Home Care and Benjamin H. Santos, without attorneys' fees or costs to any party as against the other.

IT IS FURTHER HEREBY STIPULATED AND AGREED that this stipulation may be filed with the United States District Court, Eastern District of New York, without further notice.

| | |
|---|---|
| **THE HOWLEY LAW FIRM P.C.**<br>*Attorneys for Plaintiffs Glynnis Gonzales, Krizia Jennifer Francisco, Bopeep G. Jacar, and Lea C. Formeloza* | **TARTER KRINSKY & DROGIN LLP**<br>*Attorneys for Defendants United Staffing Registry, Inc. d/b/a United Home Care and Benjamin H. Santos* |
| By: _____<br>John J.P. Howley<br>350 Fifth Avenue, 59th Floor<br>New York, New York 10118<br>Tel (212) 601-2728 | By: _____<br>Richard L. Steer<br>1350 Broadway, 11th Floor<br>New York, New York 10018<br>Tel (212) 216-8000 |

{Client/086083/1/01989390.DOCX;1 }

SO ORDERED: _____

DATE: